1 **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6 Attorneys for Defendant

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 07MJ2749 |
| 12    Plaintiff, | |
| 13 v. | **NOTICE OF APPEARANCE** |
| 14 **LADISLAO OCAMPO FLORES**, | |
| 15 | |
| 16    Defendant. | |

17    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

18 R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                                     Respectfully submitted,

21

22 Dated: November 30, 2007         /s/ *Robert R. Henssler, Jr.*
                                    **ROBERT R. HENSSLER, JR.**
23                                  Federal Defenders of San Diego, Inc.
                                    Robert_Henssler@fd.org
24                                  Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: November 30, 2007          */s/ Robert R. Henssler, Jr.*
                                  **ROBERT R. HENSSLER, JR.**
                                  Federal Defenders of San Diego, Inc.
                                  Robert_Henssler@fd.org