FILED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3438-DMS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1544 - Misuse of a Passport |
| LADISLAO OCAMPO FLORES, ) aka Carlos Proa Rivera, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about February 6, 2004, within the Southern District of California, defendant LADISLAO OCAMPO FLORES, aka Carlos Proa Rivera Henssler, when applying for entry to the United States, did knowingly and willfully, use a United States passport No. 037159082, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Carlos Proa Rivera, a United States citizen, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: 12/26/07 .

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:San Diego
12/10/2007