AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LADISLAO OCAMPO FLORES
aka Carlos Proa Rivera

**WAIVER OF INDICTMENT**

FILED
DEC 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

CASE NUMBER: 07cR3438-DMS

I, LADISLAO OCAMPO FLORES, aka Carlos Proa Rivera , the above named defendant, who is accused of

Title 18, U.S.C., Sec. 1544 - Misuse of a Passport (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/26/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Ladislao Ocampo Flores
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER