JOHN R. FIELDING, JR.
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-0467
Facsimile: (619) 233-0475

Attorney for Defendant
LADISLAO OCAMPO FLORES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3438-001-DMS |
| ) | |
| Plaintiff, ) | **JOINT MOTION TO CONTINUE** |
| ) | **SENTENCING DATE** |
| v. ) | |
| ) | DATE: May 9, 2008 |
| LADISLAO OCAMPO FLORES ) | TIME: 9:00 a.m. |
| ) | |
| Defendant. ) | |
| ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND JOSEPH ORABONA, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that the parties in the above matter request that the Sentencing Date, currently set for April 18, 2008, be reset to Monday, May 9, 2008 at 9:00 a.m.  The defendant, Mr. Ocampo Flores, is in custody, and both parties agree that the time is excludable for the purposes of the Speedy Trial Act because there is a dispute regarding the Presentence Report.

///

///

JOINT MOTION TO CONTINUE SENTENCING DATE

- 1 -

- 2 -

DATED:  April 17, 2008                    Respectfully submitted,

<u>Signed: /s/ *John Fielding*</u>
John R. Fielding, Jr.
Attorney for Defendant
jfieldingattyatlaw@yahoo.com


<u>Signed: /s/ *Joseph Orabona*</u>
Joseph Orabona
Attorney for Plaintiff
joseph.orabona@usdoj.gov