JOHN R. FIELDING, JR.
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-0467
Facsimile: (619) 233-0475

Attorney for Defendant,
LADISLAO OCAMPO FLORES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Dana M. Sabraw)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3438-001-DMS |
| | ) | |
| Plaintiff, | ) | **ORDER TO CONTINUE** |
| | ) | **SENTENCING DATE** |
| v. | ) | |
| | ) | |
| LADISLAO OCAMPO FLORES | ) | |
| | ) | |
| | ) | Defendant. |
| | ) | |
| | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing, currently set

for April 18, 2008, be reset to Monday, May 9, 2008 at 9:00 a.m.  The defendant, Mr. Ocampo

Flores, is in custody, and both parties agree that the time is excludable for the purposes of the

Speedy Trial Act because there is a dispute regarding the Presentence Report.

IT IS SO ORDERED:

DATED:  April 17, 2008

_____
HON. DANA M. SABRAW
United States District Judge