# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 MAY -1 PM 4:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: Sabraw DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☐ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE
FROM: K. Hammerly, Deputy Clerk     RECEIVED DATE: 4/28/2008
CASE NO.: 07cr3438     DOCUMENT FILED BY: Deft Ocampo Flores
CASE TITLE: USA v. Ocampo Flores
DOCUMENT ENTITLED: Statement of Facts/Memo of P and A

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: No Proof of Service |

Date forwarded: 4/29/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.     Court Copy retained by chambers ☑

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: _[signature]_

Dated: 4-30-08     By: DANA M. SABRAW
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

**REJECTED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR3438DMS |
| Plaintiff, | §§2255 |
| v. | STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS |
| aKa CARLOS PROA RIVERA, LASDISLAO OCAMPO FLORES | |
| Defendant | MOTION TO DISMISS DUE TO EXTREME HARDSHIP, DEATH OF DEFENDANTS DAUGHTER. |

I.

## STATEMENT OF FACTS

Now comes the defendant with this motion asking the united states to dismiss the § title 18, U.S.C., Sec.1544- miuse of passport. at this point defendant is not contesting the essue at hand. the only essue here is wether the defendant had to choose the lesser of two evils. on the one hand if i did'nt come to my daughters sudden death, i would feel like i' fail as a father in the last goodby, and just hold her for the very last time. and on the other hand if i did come over this