# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADESALO OCAMPO-FLORES,<br><br>　　　　　　　　　　Petitioner,<br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Respondent. | CASE NO. 08cv1465 DMS<br>(Associated criminal case: 07cr3438 DMS )<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Petitioner has filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Respondent shall file a response showing cause why relief should not be granted on or before September 12, 2008. Any reply shall be filed on or before September 26, 2008, at which time the matter shall be taken under submission without oral argument.

**IT IS SO ORDERED.**

DATED: August 14, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　United States District Judge