# Exhibit 7

1  KAREN P. HEWITT
   United States Attorney
2  JOSEPH J.M. ORABONA
   Assistant United States Attorney
3  California State Bar No. 223317
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7736
   Email: joseph.orabona@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    Criminal Case No. 07CR3438-DMS
                                 )
12                               )    Date:  April 4, 2008
              Plaintiff,         )    Time:  9:00am
13                               )
        v.                       )    Honorable Dana M. Sabraw
14                               )
    LADISLAO OCAMPO FLORES,      )    **THE UNITED STATES'**
15    aka Carlos Pora Rivera,    )    **SENTENCING SUMMARY CHART**
                                 )
16            Defendant.         )
    _____)
17

18        The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P.

19  Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby

20  files its Sentencing Summary Chart, which is based upon the files and records of this case.

21        DATED: March 5, 2008.

22                                        Respectfully submitted,

23                                        KAREN P. HEWITT
                                          United States Attorney
24
                                          /s/ *Joseph J.M. Orabona*
25                                        JOSEPH J.M. ORABONA
                                          Assistant United States Attorney
26

27

28

### SENTENCING SUMMARY CHART

[ ___ AND GOVERNMENT MOTION UNDER USSG §3E1.1(b)]

Sentencing Date:  **April 4, 2008 at 9:00am**

USPO    ___
AUSA    **X**
DEF    ___

Defendant's Name: **Ladislao Ocampo-Flores**     Docket No. **07CR3438-DMS**

Attorney's Name: **Joseph J.M. Orabona**     Phone No.: **(619) 557-7736**

Guideline Manual Used: **November 1, 2007**     Agree with USPO Calc.: **No**

Base Offense Levels: (Drug Quantity if Applicable:)     **USSG § 2L2.2**    **8**

Specific Offense Characteristics:

    Prior Deportation [USSG § 2L2.2(b)(1)]    **+2**

    Fraudulent Use of United States Passport  [USSG § 2L2.2(b)(3)]    **+4**

Victim Related Adjustment:    ____

Adjustment for Role in the Offense [USSG § 3B1.2]:    ____

Adjustment for Obstruction of Justice:    ____

Adjustment for Reckless Endangerment During Flight:    ____

Adjusted Offense Level:    **14**
___ Combined (Mult. Counts) ___ Career Off. ___ Armed Career Crim.

Adjustment for Acceptance of Responsibility: [___ Government Motion-USSG §3E1.1(b)]    **-2**

Total Offense Level:    **12**

Criminal History Score:    **25**

Criminal History Category:    **VI**
___ Career Offender ___ Armed Career Criminal

Guideline Range:    from **30** mths
 (Range limited by: ___ minimum mand. ___ statutory maximum    to **37** mths

Departures:

_____    ____

_____    ____

_____    ____

Resulting Guideline Range: Adjusted Offense Level **12**    from **30** mths
   to **37** mths

**RECOMMENDATION:** **30 months imprisonment**

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| 3 | | | |
| 4 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3438-DMS |
| | | ) | |
| 5 | Plaintiff, | ) | Date: April 4, 2008 |
| | | ) | Time: 9:00am |
| 6 | v. | ) | Honorable Dana M. Sabraw |
| | | ) | |
| 7 | LADISLAO OCAMPO FLORES, | ) | **CERTIFICATE OF SERVICE** |
| | aka Carlos Pora Rivera, | ) | |
| 8 | | ) | |
| | Defendant. | ) | |
| 9 | | ) | |

10   IT IS HEREBY CERTIFIED THAT:

11   I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of

12   age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13   I am not a party to the above-entitled action. I have caused service of **The United States'**

14   **Sentencing Summary Chart** on the following parties by electronically filing the foregoing with

15   the Clerk of the District Court using its ECF System, which electronically notifies them:

16       1.    John R. Fielding, Jr., Esq.
             Law Offices of John R. Fielding
17                402 west Broadway, Suite 1700
             San Diego, California 92101
18                Tel:    (619) 233-0467
             Fax:   (619) 233-0475
19                Email: jfieldingattyatlaw@yahoo.com
             *Lead Attorney for Defendant*

20   I declare under penalty of perjury that the foregoing is true and correct.

21   Executed on March 5, 2008.

22

23                           /s/ ***Joseph J.M. Orabona***
24                           JOSEPH J.M. ORABONA
                        Assistant United States Attorney

25

26

27

28