# Exhibit 9

LAW OFFICES OF JOHN R. FIELDING, JR.
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-0467
Facsimile: (619) 233-0475

Attorney for Defendant
LADISLAO OCAMPO FLORES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR3438-001-DMS |
| Plaintiff, | **SENTENCING MEMORANDUM** |
| v. | Date: June 6, 2008<br>Time: 9:00 a.m. |
| LADISLAO OCAMPO FLORES | |
| Defendant. | |

Comes now, defendant, Ladislao Ocampo FLORES ("Mr. Flores"), by and through his counsel, John R. Fielding, Jr., and submits the following Sentencing Memorandum:

## I.
## PLEA AND AGREEMENT

Mr. Flores pled guilty to the One Count Information charging him with Misuse of a Passport in violation of Title 18 U.S.C. § 1544. The parties will jointly recommend the following base offense level and adjustments under the guidelines:

    a)     Base Offense Level [2L2.2]      8
    b)     Prior Deportation [2D1.1(a)(3)]      +2
    c)     Fraudulent Use of a U.S. Passport [2L2.2(b)(3)]      +4
    d)     Acceptance of Responsibility [3E1.1]      -2

**TOTAL OFFENSE LEVEL:**                      **12**

## II.
## GUIDELINE CALCULATIONS

Mr. Flores submits the following guideline calculations which comply with the Plea Agreement:

Total Offense Level:            12
Criminal History Score:        25
Criminal History Category:     VI
Guideline Range:               30-37 months

## III.
## DISCUSSION

Mr. Flores' life has been in a state of turmoil since his daughter, Yesenia, was struck and killed by a truck in December, 2006. Mr. Flores describes his life since that date as "full with desperation." (See Exhibit One, Mr. Flores' letter to the court). Sadly, Mr. Flores conviction in this case arises out of his desperate attempt to enter the country and visit Yesenia's gravesite. In his words, he felt he had to choose between "two evils," either break U.S. immigration law and visit her cemetery, or "fail as a father in the last goodby." [sic.] (See Exhibit Two, Mr. Flores' Statement of Facts in support of his improperly self-filed Motion to Dismiss).

The PSR correctly notes that Mr. Flores was unable to control his emotions when relaying the details of his daughter's death:

> [Mr. Flores] became very emotional when discussing his daughters
> . . . he is very close to all of his daughters and is devastated by the
> loss of his middle daughter [Yesenia]. . . [Mr.] Flores has no sense
> of closure and says his ex-wife will not discuss his daughter or her
> death with him. He has not seen her grave and was unable to attend
> her funeral, and he feels guilty about that. (PSR at page, 10: lines
> 30-36)

After meeting with Mr. Flores, Probation Officer, Ms. Williams, recommended that he seek professional counseling "based on his evident grief issues and because he was extremely

emotional." A short time later, the U.S. Marshall granted the undersigned's request for a transfer to a facility capable of addressing Mr. Flores' special needs.

Mr. Flores also wants to point out that his criminal history category substantially over-represents the seriousness of his criminal history and the likelihood that he will commit future crimes.[1] First, it appears that Mr. Flores may not have actually suffered all of the convictions listed on the PSR. According to documents provided by U.S. Probation, the defendants in two of the Wisconsin convictions have different names and dates of birth than Mr. Flores. (See Exhibit Three).

Second, Mr. Flores' Illinois convictions overstate his criminal sophistication and involvement. Each of those cases arises out of a small landscaping business where Mr. Flores took the fall for his boss who always managed to disappear whenever the authorities came looking for someone to blame. In the first conviction (arrest date, 4/15/97), Mr. Flores wrote a check to an employee for $300. Mr. Flores had no idea that there were insufficient funds in the company account to cover the check. The second and third convictions (arrest dates, 8/25/97 and 8/27/97) arose out his boss' penchant for over-scheduling prepaid landscaping appointments. When customers complained about no-shows, the blame fell on Mr. Flores who was the one addressing customer concerns over the phone and answering for them in court. In summary, Mr. Flores' criminal history does not accurately reflect his moral character and respect for the communities in which he has lived.

///

///

///

---

[1] Pursuant to the Plea Agreement, the undersigned may not ask this court for any downward departures. This summary of Mr. Flores' criminal history is for this Court's information only.

## IV.
## **CONCLUSION**

Mr. Flores knows that he must be sentenced to prison. He respectfully asks this Court to sentence him to a prison term which takes into consideration the facts discussed above. Assistant U.S. Attorney, Joseph Orabona, after reviewing Mr. Flores' criminal history, has indicated that he will not object to defense counsel's request for a 24 month prison commit. Should the court decide that a lengthy prison commit is necessary in this case, Mr. Flores respectfully requests that it does not exceed 24 months.

Dated: June 2, 2008                    Signed: /s/John Fielding
                                       John R. Fielding
                                       Attorney for Defendant
                                       jfieldingattyatlaw@yahoo.com

# EXHIBIT 1

Mr. Judge, 3-9-08

My name is Mr. Ocampo Flores to all due respect, I would like to take a little time off your hands, I would like to express my self by saying that I haved remained legal for 40 years in the U.S.. I unfortunally lost my previlage in the month of February of 2007. I spent 9 months in México and due to the bad news that my daughter got into an accident and lost her life in it, which I do have proves of the incident. At the time I was in México and received the bad news that one of my daughter's had die. I did found my self anxious and full with desperation thats why I came back to this country. Due to that matter I found my self in this possition. I spoked to the "P.O" and so the P.O. now are aware of the situation, because the "P.O" contacted one of my daughter in "Illinois". I do ask you please to take this matter into consideration at the time of my sentencing. Thank you for your time.

# EXHIBIT 2

**REJECTED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>aKa CARLOS PROA RIVERA,<br>LASDISLAO OCAMPO FLORES<br><br>    Defendant | CASE NO. 07CR3438DMS<br><br>§§2255<br><br>STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS<br><br>MOTION TO DISMISS DUE TO EXTREME HARDSHIP, DEATH OF DEFENDANTS DAUGHTER. |

I.

STATEMENT OF FACTS

Now comes the defendant with this motion asking the united states to dismiss the § title 18, U.S.C.,Sec.1544- miuse of passport. at this point defendant is not contesting the essue at hand. the only essue here is wether the defendant had to choose the lesser of two evils. on the one hand if i did'nt come to my daughters sudden death, i would feel like i' fail as a father in the last goodby, and just hold her for the very last time. and on the other hand if i did come over this

# EXHIBIT 3

| STATE OF WISCONSIN | CIRCUIT COURT | RACINE COUNTY |
|---|---|---|

**State vs Jairo Arberto Torres**

**Date of Birth: 03-19-1967**

## JUDGMENT OF CONVICTION AND SENTENCE TO THE COUNTY JAIL/FINE/FORFEITURE

Case No.: 00CM000400

The defendant was found guilty of the following offense(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 1 | Theft-False Representation <=$1000 | 943.20(1)(d) | Guilty | Misd. A | 08-04-1999 | | 05-30-2000 |

The defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Conc. with/Cons. to/Comments | Begin date | Begin time | Agency |
|---|---|---|---|---|---|---|---|
| 1 | 05-30-2000 | Local Jail | 90 DA | CFTS: 45 days. NO HUBER. | | | CTY |

It is adjudged that 45 days sentence credit are due pursuant to § 973.155 Wisconsin Statutes.

**Special Conditions:**

It is ordered that the Sheriff shall execute this sentence.

Dennis J. Barry, Judge
Jocelyn LaBre, District Attorney
Patrick K. Cafferty, Defense Attorney
County Sheriff

BY THE COURT:

/s/ Jessica
Clerk

June 2, 2000
Date

| State of Wisconsin | Circuit Court | Kenosha County |

| STATE OF WISCONSIN | | CRIMINAL COMPLAINT |

Plaintiff,

-vs-

DA Case #: 2002KN003467

Javiel-nmi Flores
24581 W. Passavant avenue
Round Lake, IL
DOB: 06/27/1960
Sex/Race: M/W
Eye Color: Brown
Hair Color: Brown
Height: 5 ft 7 in
Weight: 150 lbs
Alias:

kpd02108436

FILED
AUG 2 0 2002
GAIL GENTZ
CLERK OF CIRCUIT COURT

File No. 02CF 930
Hon. _Wilk_

Defendant,

Thomas Blaziewske, being first duly sworn, states that:

**Count 1: KNOWINGLY MAKE FALSE STATEMENT IN TITLE**

The above-named defendant on or about Saturday, August 17, 2002, in the City of Kenosha, Kenosha County, Wisconsin, did knowingly make a false statement in an application for a certificate of vehicle title, contrary to sec. 342.06(2), Wis. Stats., a Felony, and upon conviction may be fined not more than $5,000.00 or imprisoned not more than seven (7) years and six (6) months or both.

**Count 2: OBSTRUCTING AN OFFICER**

The above-named defendant on or about Saturday, August 17, 2002, in the City of Kenosha, Kenosha County, Wisconsin, did knowingly obstruct an officer, while such officer was doing an act in an official capacity and with lawful authority; specifically, he identified himself with a false name, contrary to sec. 946.41(1), 939.51(3)(a) Wis. Stats., a Class A Misdemeanor, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than nine (9) months, or both.

**PROBABLE CAUSE:**

The written reports of City of Kenosha Police Officers Duffy, Hawkins, and Detective E.T. Larsen show the following:

On August 17, 2002, Officer Duffy stopped a pick-up truck in the parking lot of the Menard's store near 7330 74th Place in the City and County of Kenosha. The driver, later identified as the defendant, at first identified himself as "Edordo Ocampo" and said that he owned the truck. Shortly thereafter, he identified himself with a different date of birth and said that he was not the truck owner but was just driving it. He was arrested for obstructing. The truck was searched; inside it was a copy of the title registration application which listed the owner and applicant as Edoardo Erera, DOB 01/06/65, address 12709 Sheridan Rd., Pleasant Prairie, Wisconsin.

08/19/2002

LAW OFFICES OF JOHN R. FIELDING, JR.
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-0467
Facsimile: (619) 233-0475

Attorney for Defendant
LADISLAO OCAMPO FLORES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3438-001-DMS |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| LADISLAO OCAMPO FLORES ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, the undersigned, declare:

That I am over eighteen years of age, a resident the County of San Diego, State of California, and I am not a party in the within action; that my business address is: 402 W. Broadway, Suite 1700, San Diego, CA 92101.

That I caused to be served the within **SENTENCING MEMORANDUM** on the Untied States Attorney's Office, by electronically filing the document with the Clerk of the United States District Court for the Southern District of California, 880 Front Street, San Diego, California 92101, using its ECF System, which electronically notifies them.

I certify that the foregoing is true and correct. Executed June 2, 2008, at San Diego, California.

Dated: June 2, 2008                    Signed:  /s/John Fielding
                                       John R. Fielding
                                       Attorney for Defendant
                                       jfieldingattyatlaw@yahoo.com

Certificate of Service