|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3438-DMS |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| LADISLAO OCAMPO FLORES, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service by depositing in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of **THE UNITED STATES' RESPONSE IN OPPOSITION TO PETITIONER'S TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**, with all attached exhibits 1 through 12, on the following parties:

Ladislao Ocampo Flores
Reg. No. 24524-208
The United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

the last known address, at which place there is delivery service of mail from the United States Postal Service. A hard copy (including all exhibits) is being sent to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2008.

/s/ **Joseph J.M. Orabona**
JOSEPH J.M. ORABONA
Assistant United States Attorney